UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In re: | ) CASE NO: 04-52776-659  Chapter 13 |
| | ) |
| JOHN L BOWMAN | ) |
| | ) Response Due: 01/03/2007 |
| | ) Hearing:                        6 |
| Debtor(s)   ) | |

**TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO MAKE PLAN PAYMENTS AND NOTICE**

COMES  NOW  John V. LaBarge, Jr., Standing Chapter 13 Trustee In bankruptcy, and for his Motion to Dismiss states as follows:

1. That the above captioned case was filed on Oct 06, 2004.  The debtor's plan proposes to pay the sum of $       975.00  per month.
2. Pursuant to 11 U.S.C. 1326(a)(1) the debtor's first payment was due on November 5, 2004  .
3. That the Trustee has received payments from the debtor over the last nine months as set forth in exhibit A, attached hereto.
4. That payments due to the Trustee to date are $     22,923.60  but the total paid into the plan to date is $     20,780.02 .
5. That the debtor is $       2,143.58  in default through Dec 14, 2006.

WHEREFORE,    the  Trustee  prays  the  Court  enter  its  order dismissing this Chapter 13 case for failure to make plan payments.

**NOTICE OF FILING OF MOTION TO DISMISS**

Please  take  notice  that  the  Chapter  13 Trustee has filed a Motion  to  Dismiss. Any  responsive  pleadings including an amended plan,  if  one  is  to be filed, must be filed in writing with the US Bankruptcy Court, 111 S Tenth St, 4th Floor, St. Louis MO, 63102, and with the Chapter 13 Trustee at the address indicated below, within 20 days of the date of this notice.  If no responsive pleading is filed, the  motion  may  be granted without further notice to any party upon submission of an order from the Trustee. If a response is filed, this matter will be set for hearing upon subsequent notice.

The  undersigned  hereby  certifies that a copy of the foregoing motion and notice was served upon the following  either  through  the Court's ECF system or by regular mail this day of December 14, 2006 .

```
                                  /s/ John V. LaBarge, Jr.
MS -026                           -----------------------------------
                                  John V LaBarge Jr  Ch 13 Trustee
                                  P.O. Box 430908
                                  St. Louis, MO 63143  (314) 781-8100
                                   trust33@ch13stl.com    Fax:(314) 781-8881


J BOWMAN                              CASTLE LAW OFFICE OF ST LOUIS
4201 MINOMO LANE                      500 N BROADWAY
ST LOUIS MO  63121                    STE 1400
                                      ST LOUIS MO

                                                    63102
```

```
In re:                              )  CASE NO: 04-52776-659  Chapter 13
                                    )
JOHN L BOWMAN                       )
                                    )  Response Due: 01/03/2007
                                    )  Hearing:                        6
                   Debtor(s)   )
```

EXHIBIT A

RECEIPTS FROM Mar 15, 2006 TO Dec 14, 2006

| RECEIPT DATE | RECEIPT AMOUNT | RECEIPT TYPE |
| --- | --- | --- |
| Apr 24, 2006 | $ 225.00 | EMPLOYER PAYROLL DEDUCTION CHECK |
| May 01, 2006 | $ 225.00 | EMPLOYER PAYROLL DEDUCTION CHECK |
| Jun 01, 2006 | $ 225.00 | EMPLOYER PAYROLL DEDUCTION CHECK |
| Jun 01, 2006 | $ 225.00 | EMPLOYER PAYROLL DEDUCTION CHECK |
| Jun 01, 2006 | $ 225.00 | EMPLOYER PAYROLL DEDUCTION CHECK |
| Jun 01, 2006 | $ 225.00 | EMPLOYER PAYROLL DEDUCTION CHECK |
| Jun 07, 2006 | $ 1,000.00 | OFFICIAL BANK CHECK/DRAFT |
| Jun 13, 2006 | $ 225.00 | EMPLOYER PAYROLL DEDUCTION CHECK |
| Jun 20, 2006 | $ 225.00 | EMPLOYER PAYROLL DEDUCTION CHECK |
| Jun 26, 2006 | $ 225.00 | EMPLOYER PAYROLL DEDUCTION CHECK |
| Jul 05, 2006 | $ 225.00 | EMPLOYER PAYROLL DEDUCTION CHECK |
| Jul 10, 2006 | $ 225.00 | EMPLOYER PAYROLL DEDUCTION CHECK |
| Jul 17, 2006 | $ 225.00 | EMPLOYER PAYROLL DEDUCTION CHECK |
| Jul 24, 2006 | $ 225.00 | EMPLOYER PAYROLL DEDUCTION CHECK |
| Jul 31, 2006 | $ 225.00 | EMPLOYER PAYROLL DEDUCTION CHECK |
| Aug 14, 2006 | $ 225.00 | EMPLOYER PAYROLL DEDUCTION CHECK |
| Aug 18, 2006 | $ 225.00 | EMPLOYER PAYROLL DEDUCTION CHECK |
| Aug 25, 2006 | $ 225.00 | EMPLOYER PAYROLL DEDUCTION CHECK |
| Sep 01, 2006 | $ 225.00 | EMPLOYER PAYROLL DEDUCTION CHECK |
| Sep 18, 2006 | $ 225.00 | EMPLOYER PAYROLL DEDUCTION CHECK |
| Nov 20, 2006 | $ 225.00 | EMPLOYER PAYROLL DEDUCTION CHECK |
| Nov 27, 2006 | $ 225.00 | EMPLOYER PAYROLL DEDUCTION CHECK |
| Dec 04, 2006 | $ 225.00 | EMPLOYER PAYROLL DEDUCTION CHECK |